LAW OFFICES OF CHRISTIAN J. GARRIS          JS-6
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90017
Telephone: (213) 624-2900
Facsimile: (213) 624-2901

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA NORFLEET, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>AETNA LIFE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. CV11-03581 PA (FMOx)<br><br>**ORDER RE DISMISSAL** |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 7, 2012          By:_____

                                                    Hon. Percy Anderson

                                                    United States District Court Judge

**Order**