1  LAW OFFICES OF CHRISTIAN J. GARRIS                    JS-6
   CHRISTIAN J. GARRIS  SBN 175808
2  633 West Fifth Street, 28th Floor
   Los Angeles, California 90017
3  Telephone: (213) 624-2900
   Facsimile: (213) 624-2901
4
   Attorneys for Plaintiff
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA NORFLEET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV11-03581 PA (FMOx)<br><br>**ORDER RE DISMISSAL** |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 7, 2012    By:_____

                              Hon. Percy Anderson

                              United States District Court Judge